```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BAKARR BANGURA                   :    CIVIL ACTION
                                 :
         v.                      :
                                 :
                                 :
PA SOCIAL SERVICES UNION -       :
SEIU 668                         :    NO. 12-3110
```

ORDER

AND NOW, this 19th day of December, 2012, upon consideration of the defendant's motion to dismiss (Docket No. 9), the plaintiff's motion for a hearing (Docket No. 10), and following oral argument on December 18, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED, and the case is dismissed with prejudice.

```
                            BY THE COURT:


                            /s/ Mary A. McLaughlin
                            MARY A. McLAUGHLIN, J.
```